[No. 21052-5-II.    Division Two.    June 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DEAN
ALEXANDER GLANVILLE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 96-1-01180-2, Thomas A. Swayze, Jr., J.,
entered July 16, 1996. *Affirmed* by unpublished opinion
per Seinfeld, J., concurred in by Houghton, C.J., and Arm-
strong, J.

[No. 36747-1-I.    Division One.    June 16, 1997.]

BRUCE P. WITENBERG, *as Guardian, Respondent*, v.
DANIEL R. McDANIEL, *Individually and as Trustee*,
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-13220-4, Janice Niemi, J., entered May 4,
1995. *Affirmed* by unpublished per curiam opinion.

[No. 37019-7-I.    Division One.    June 16, 1997.]

WILLIAM FOULKES, *Appellant*, v. PUGET SOUND
POWER AND LIGHT COMPANY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-07968-1, Sharon S. Armstrong, J., entered
June 19, 1995. *Affirmed* by unpublished opinion per Web-
ster, J., concurred in by Coleman and Ellington, JJ.

[No. 37300-5-I.    Division One.    June 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
TORRENCE LEE MOFFET, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-02424-2, Donald D. Haley, J., entered
September 28, 1995. *Affirmed* by unpublished opinion per
Baker, C.J., concurred in by Coleman and Kennedy, JJ.